

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00724-CR

Brenard Adrian **JEFFERSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR0455
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Counsel's motion to withdraw is GRANTED.

SIGNED August 20, 2025.

_____
Lori I. Valenzuela, Justice